UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00357-MSK

UNITED STATES OF AMERICA,

            Plaintiff,

v.

OMAR MEJIA-GAYTAN,

            Defendant.

---

### ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#16)** on November 3, 2006by Defendant Omar Mejia-Gaytan.  The Court construes this Notice

as a motion to change his plea and to have the Court consider the terms of the parties' plea

agreement.

**IT IS THEREFORE ORDERED** that:

1.      Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

        pending determination of those matters.

2.      A Change of Plea hearing is set for **December 11, 2006**  at **8:30 a.m.** in the

        United States District Court for the District of Colorado, Courtroom A901, Alfred

        A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.      The final trial preparation conference set for **November 22, 2006** and the

        **November 28, 2006** trial date are **VACATED**.

Dated this 6th day of November, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge