UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00357-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

OMAR MEJIA-GAYTAN,

        Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Change Sentencing Date **(#27).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#27) is GRANTED.** The sentencing currently set for February 20, 2007 is **VACATED** and reset to **February 12, 2007 at 8:00 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 7th day of February, 2007

                              **BY THE COURT:**

                              *[signature]*

                              Marcia S. Krieger
                              United States District Judge